ACCEPTED
05-15-01162-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
10/6/2015 3:54:53 PM
LISA MATZ
CLERK

Filed: 9/22/2015 5:04:05 PM
Andrea S. Thompson
District Clerk
Collin County, Texas
By Sandra Hill Deputy
Envelope ID: 7045214

NO. 416-01104-2015

| | | |
|---|---|---|
| STARSIDE CUSTOM BUILDERS, LLC, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | 5th COURT OF APPEALS |
| | § | DALLAS, TEXAS |
| v. | § | 416th JUDICIAL DISTRICT |
| | § | |
| JOHN DAVID ADAMS, and | § | |
| DARA A. ADAMS, | § | |
| | § | |
| Defendants. | § | COLLIN COUNTY, TEXAS |

RECEIVED IN
5th COURT OF APPEALS
DALLAS, TEXAS
10/6/2015 3:54:53 PM
LISA MATZ
Clerk

## DEFENDANT JOHN DAVID ADAMS' NOTICE OF EXPEDITED APPEAL

TO THE HONORABLE JUDGE OF THIS COURT:

Plaintiff John David Adams, under the authority of Rule 25 TRAP, files this notice of appeal.

1. A motion to dismiss (Defendant John David Adams' First Supplemental Motion to Dismiss) was brought by Defendant against Plaintiff pursuant to Chapter 27 of the Texas Civil Practice and Remedies Code. A hearing was held on such motion on August 14, 2015. The statutory deadline for the Court to rule on the motion was on September 14, 2015.

2. The 416th Judicial District Court in Collin County, Texas failed to rule on Defendant John David Adams' First Supplemental Motion to Dismiss in Cause No. 416-01104-2015 styled, Starside Custom Builders, LLC v. John David Adams and Dara A. Adams.

3. From this denial of Defendant John David Adams' First Supplemental Motion to Dismiss by operation of law, Defendant John David Adams desires to appeal to the Fifth District Court of Appeals, in Dallas, Texas. Such appeal is interlocutory.

4. The appeal of this case is an expedited and/or accelerated appeal, pursuant to Section 27.008 of the Texas Civil Practice and Remedies Code.

SIGNED this 22nd day of September, 2015.

Respectfully submitted,

THE SUSTER LAW GROUP, PLLC
1316 Village Creek Dr., Ste. 500
Plano, Texas  75093-4461
Telephone:　(972) 380-0130
Facsimile:　(972) 380-4517
Email:　office@susterlaw.com


/s/ Israel Suster_____
Israel Suster
State Bar No. 19523580

ATTORNEY FOR DEFENDANT
JOHN DAVID ADAMS


## CERTIFICATE OF SERVICE

This is to certify that on September 22, 2015, a true and correct copy of *Defendant John David Adams' Notice of Expedited Appeal* was served on the following:

Nathan Allen, Jr.                                       **VIA ELECTRONIC SERVICE**
Jones, Allen & Fuquay, LLP
8828 Greenville Avenue
Dallas, Texas 75243

Attorney for Plaintiff

Byron Henry                                            **VIA ELECTRONIC SERVICE**
Cowles & Thompson
901 Main St, Suite 3900
Dallas, TX 75202

Attorney for Defendant Dara A. Adams


/s/ Israel Suster_____
Israel Suster